UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT CLEVELAND

| | |
|---|---|
| HERMAN RAGLAND, ) CASE NO.: 1:25 CV 0075 FILED | |
| Plaintiff, ) JAN 15 2025 | |
| ) CLERK, U.S. DISTRICT COURT | |
| v. ) NORTHERN DISTRICT OF OHIO CLEVELAND | |
| ) | |
| WORKSTEPS, INC. ) Removed from Court of Common Pleas | |
| ) Cuyahoga County, Ohio | |
| Defendant. ) Case No. CV-23-990433 | |

## NOTICE OF REMOVAL

Comes the Defendant, WorkSTEPS, Inc. ("Defendant"), by counsel, and pursuant to 28 U.S.C. § 1446, hereby removes the First Amended Class Action Complaint (the "Class Action Complaint")[1] filed by the Plaintiff, Herman Ragland ("Plaintiff"), on or about December 16, 2024, from the Court of Common Pleas for Cuyahoga County, Ohio ("State Court") in Cuyahoga County, Ohio, as Case No. CV-23-990433, to the United States District Court for the Northern District of Ohio, Eastern Division at Cleveland. In support, Defendant states as follows:

1. On or about December 21, 2023, Plaintiff filed a Complaint against Defendant in State Court.

2. On or about December 16, 2024, Plaintiff filed the Class Action Complaint in State Court, amending the original Complaint.

3. Upon information and belief, Plaintiff is a citizen of and resides in the state of Ohio.

4. Defendant is a Texas corporation with its principal place of business in Austin, Texas, and is thus a citizen of the state of Texas. *See* 28 U.S.C. § 1332(c)(1).

---

[1] The Class Action Complaint is attached hereto as Exhibit "1."

5. In the prayer for relief in the Class Action Complaint, the Plaintiff seeks up to $1,000,000.00 in statutory damages, among other categories of damages. While Defendant denies liability for any and all of the claims asserted in the Class Action Complaint, this amount exceeds the threshold for federal diversity jurisdiction. *See* 28 U.S.C. § 1332(a).[2]

6. Because this action is between a citizen of Ohio, on the one hand, and a citizen of Texas, on the other, and the amount in controversy is in excess of $75,000.00, exclusive of interest and costs, this Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a).

7. Removal to this Court is proper because the United States District Court for the Northern District of Ohio encompasses the location of the State Court where Plaintiff originally filed this action. *See* 28 U.S.C. § 1446(a).

8. Further, the State Court is located within the Eastern Division and is assigned to the Cleveland docket. *See* LR 3.8.

9. This Notice of Removal was timely filed within thirty days of service of the initial pleading upon Defendant on December 16, 2024. *See* 28 U.S.C. § 1446(b).

10. Written notice of the filing of this Notice of Removal will be promptly given to all parties, and a copy of this Notice of Removal will be promptly filed with the State Court. *See* 28 U.S.C. § 1446(d).

11. By removing this action, Defendant does not waive any available defenses, nor does it admit any allegations contained in the Complaint. Defendant has not yet filed an answer or other

---

[2] In the original complaint, the Plaintiff did not set forth a specific amount of monetary damages he was seeking and did not provide an amount in response to Defendant's interrogatory requesting such information. Upon information and belief, the monetary damages that Plaintiff could seek as an individual under the causes of action asserted in the original complaint did not exceed the threshold for federal diversity jurisdiction.

responsive pleading. It will do so within seven days of the filing of this Notice of Removal, pursuant to Rule 81(c)(2)(C) of the Federal Rules of Civil Procedure

WHEREFORE, Defendant gives notice that the entire above-styled action now pending in the Court of Common Pleas for Cuyahoga County Ohio, Case No. CV-23-990433, is hereby removed to the United States District Court for the Northern District of Ohio, Eastern Division at Cleveland.

Dated: January 14, 2025

                                            Respectfully Submitted,

By: */s/ Craig C. Dilger*
Craig C. Dilger (Ohio PHV-27435-2024)
Benjamin M. Fiechter (Ohio PHV-27435-2024)
Stoll Keenon Ogden, PLLC
500 West Jefferson Street, Suite 2000
Louisville, Kentucky 40202
craig.dilger@skofirm.com
benjamin.fiechter@skofirm.com
(502) 333-6000
*Counsel for Defendant, WorkSTEPS, Inc.*

### CERTIFICATE OF SERVICE

I certify that on January 14, 2025, I filed the foregoing Notice of Removal with the Clerk of the Court by Federal Express and delivered a copy to those listed below via regular U.S. mail and electronic mail where so noted:

Ronald I Frederick
Jacquelyn S. Frederick
Frederick & Berler, LLC
767 East 185th Street
Cleveland, Ohio 44119
ronf@clevelandconsumerlaw.com
jacquelynf@clevelandconsumerlaw.com
*Counsel for Plaintiff, Herman Ragland*

                                            /s/ Craig C. Dilger
                                            *Counsel for Defendant, WorkSTEPS, Inc.*

127442/184799:4878-9260-5951v1